UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IMIG, INC.,

        Plaintiff,

-against-

BLOWER MOTORS PLUS, LLC;
and KYLE BERTHELOT,

        Defendants.
----------------------------------------------------------X

ORDER

CV 13-0274

(Wexler, J.)

WEXLER, District Judge:

By Report and Recommendation ("R&R") dated June 3, 2014 (docket entry 11), Magistrate Judge A. Kathleen Tomlinson recommended that this Court dismiss Plaintiff's complaint for failure to prosecute and for failure to comply with that Court's orders. See R&R, at 1-2. The R&R documents Plaintiff's repeated failure to comply with the Court's directives or prosecute its case.

The R&R also makes clear that any objections thereto were required to be filed with the Clerk of the Court within fourteen days. No objections to the R&R have been filed, and the R&R is therefore adopted. Accordingly, Plaintiff's complaint is hereby dismissed with prejudice, and the Clerk of the Court is directed to close the file in this matter.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       November 25, 2014